No. 94–5176. DiGianni *v.* Abraham & Straus, Inc.; and
No. 94–5361. DiGianni *v.* Macy's Northeast, Inc. C. A. 2d Cir. Certiorari denied.

No. 94–5177. Bleicken *v.* Perkins et al. C. A. 1st Cir. Certiorari denied.

No. 94–5179. Galbraith *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 94–5181. McGill *v.* Faulkner et al. C. A. 7th Cir. Certiorari denied.

No. 94–5182. Rakes *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 94–5184. Ricco *v.* Gallo. C. A. 3d Cir. Certiorari denied.

No. 94–5185. McBride *v.* Jarvis, Warden (three cases). Sup. Ct. Ga. Certiorari denied.

No. 94–5186. Nonnette *v.* Borg, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 94–5187. Russo *v.* New York. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 94–5188. McClung *v.* Smith, Warden. C. A. 4th Cir. Certiorari denied.

No. 94–5189. Lee *v.* Scott, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 94–5190. Swann *v.* Virginia. Sup. Ct. Va. Certiorari denied.

No. 94–5191. Salim *v.* United States; and
No. 94–5476. Khan *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–5192. Slezak et al. *v.* Evatt et al. C. A. 4th Cir. Certiorari denied.